UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| MONA MUSTAFA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NSI INTERNATIONAL, INC., | ) | |
| FRANK LANDI, PRESIDENT, | ) | |
| FARRA CHAN, CHAIRMAN OF THE | ) | No. 15-cv-6997(JJT)(MTM) |
| BOARD, AND SANFORD FRANK, | ) | |
| BOARD MEMBER & GENERAL COUNSEL; | ) | Hon. John J. Tharp, Jr. |
| AND POWERVIEW INVESTMENT, | ) | |
| LIMITED | ) | |
| | ) | JURY TRIAL DEMAND |
| Defendants; | ) | |
| | ) | |
| NSI PRODUCTS (HK) LIMITED | ) | |
| | ) | |
| | ) | PETITION TO TAKE |
| | ) | JUDICIAL NOTICE |
| | ) | |
| Defendants; | ) | |
| | ) | |
| MAMMOTH TOYS | ) | |
| | ) | |
| Defendants; | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| MILMAN LABUDA LAW GROUP, PLLC, | ) | |
| JOSEPH M. LABUDA, MEMBER/PARTNER | ) | |
| AND JAMIE S. FELSEN, PARTNER | ) | |
| | ) | |
| Defendants | ) | |

PLAINTIFF MONA MUSTAFA'S PETITION FOR THE
COURT TO TAKE JUDICIAL NOTICE

NOW COMES PLAINTIFF MONA MUSTAFA, and hereby petitions this Honorable Court to

take judicial notice of the following facts;

1

1. On February 9, 2016 Defendant NSI International Inc. filed a document purported to be a "Rule 7.1 Statement." This statement is insufficient as a matter of law. (Doc. 55)

2. On August 11, 2015, plaintiff Mona Mustafa ("Mustafa") filed the instant matter.

3. Mustafa personally served all defendants and on October 25th, 2015, Mustafa filed SUMMONS Returned Executed by Mona Mustafa as to All Defendants. (Doc 22)

4. All defendants filed a motion to appear pro hac vice, and a motion to appear without local counsel. The motion was granted as to all defendants. Defendant Jamie S. Felsen is Lead Attorney. ("Felsen")

5. Federal Rules of Civil Procedure Rule 7.1 require a non-governmental corporate party to "identify any parent corporation and any publicly held corporation owning 10% or more of its stock; or states that there is no such corporation."

6. Local Rule 3.2 Notification as to Affiliates defines "Affiliate" as:

    a. In the case of a corporation, any entity owning more than 5% of the corporation.

    b. In the case of a general partnership, joint venture, LLC, LLLP, LLP, any member.

    c. In the case of any other unincorporated association, any corporate member. Further, the Rule explicitly states "If any such affiliate is itself a partnership, joint venture, LLC, LLLP, LLP, or any other unincorporated association, its "affiliates"(as defined above) shall also be included within the definition of "affiliate."

7. Both Rule 7.1 and Local Rule 3.2 require affiliates to disclose ownership of the corporate entity and/or affiliates. Both Rule 7.1 and Local Rule 3.2 require the party to file the statement "upon filing a motion…whichever occurs first."

8. On its face, the statement is insufficient because it fails to disclose if Powerview Investment is the sole affiliate of NSI International, Inc. who owns more than 5% of the corporation, or if there are other affiliates with a more than 5% interest in NSI International, Inc.

9. In addition, by this filing Jamie S. Felsen and Milman Labuda Law Group admit that the FRAP Rule 26.1 Corporate Disclosure Statement filed before the United States Court of Appeals, Second Circuit in Appeal 14-3706 is false. This constitutes a judicial admission that NSI International is at least a subsidiary of Powerview Investments. Mustafa's allegation [that the FRAP Rule 26.1 statement is false] is admitted to be true by Jamie S Felsen and Milman Labuda Law Group.

10. Defendant Milman Labuda Law Group, PLLC has not filed the required FRCP Rule 7.1 or the Local Rule 3.2 Statements.

11. Defendant NSI Products (HK) Limited has not filed the required FRCP Rule 7.1 or the Local Rule 3.2 Statements.

12. Defendant Mammoth Toys has not filed the required FRCP Rule 7.1 or the Local Rule 3.2 Statements.

13. Defendant Powerview Investments has not filed the required FRCP Rule 7.1 or the Local Rule 3.2 Statements.

14. None of the Defendants complied with FRCP Rule 7.1 or Local Rule 3.2, to file these statements when they filed the first motion, as required by the Rules.

## ARGUMENT

In order to facilitate the efficient administration of justice, and to insure the Court is fully advised of the premises, the Rules must be followed. Rules are in place to serve

justice so orderly, fair and impartial adjudications may be achieved. This Honorable
Court need look no further than the Docket to take notice of all Defendant's reckless
disregard for the rule of law. Jamie S. Felsen ("Felsen") purports to represent all
Defendants, including Milman Labuda Law Group, PLLC, but is selective when
submitting a purported statement. In an effort to deceive this Court, Felsen admits NSI
International Inc. has exactly the ownership that Mustafa has previously alleged.
Although FRCP Rule 7.1 is intended to permit a judge to determine if a conflict of
interest is present that would require recusal, it also reveals ownership for joint & several
liability that could be a result of an adverse judgment. Mustafa alleges that liability for
discrimination, vexatious conduct, and consequences for outrageous conduct is what
Felsen and Milman Labuda Law Group, PLLC seek to avoid. The admission of
ownership is contained in a footnote. Jamie S. Felsen is not the creator of the rule of law,
and he has no authority to substitute his wishful thinking for compliance with the rules.
This conduct can only be described as willful and wanton disregard of the rule of law.

WHEREFORE, plaintiff Mustafa prays for the following relief;

A. That this Court take judicial notice of the facts and circumstances surrounding
corporate and/or affiliate Defendant NSI International Inc.'s failure to
properly file the required FRCP Rule 7.1 and Local Rule 3.2 disclosures;

B. That this Court take judicial notice that Milman Labuda Law Group, PLLC,
Powerview Investments, Mammoth Toys, and NSI Products (HK) Limited
have all failed to file the required FRCP Rule 7.1 and Local Rule 3.2
disclosures;

C. Any such other and further relief that this Honorable Court deems necessary
and just.

Respectfully Submitted,

Mona Mustafa
447 Red Cedar Road
Lake Villa, IL 60046
(224) 688-3014
Monamustafa1@aol.com