ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

MONA MUSTAFA,

Plaintiff(s),

v.

NSI INTERNATIONAL, INC. et al,

Defendant(s).

Case No. 15-cv-06997
Judge John J. Tharp, Jr.

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) NSI Internationa, Inc., Milman Labuda Law Group, PLLC, et al.
and against plaintiff(s) Mona Mustafa

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge John J. Tharp on a motion to dismiss

Date: 11/16/2016

Thomas G. Bruton, Clerk of Court

Alberta Rone , Deputy Clerk