UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONA MUSTAFA<br><br>Plaintiff,<br><br>v.<br><br>NSI INTERNATIONAL, INC.,<br>FRANK LANDI, PRESIDENT,<br>FARRA CHAN, CHAIRMAN OF THE<br>BOARD, AND SANFORD FRANK,<br>BOARD MEMBER & GENERAL COUNSEL;<br>AND POWERVIEW INVESTMENTS<br><br>Defendants;<br><br>NSI PRODUCTS (HK) LIMITED<br><br>Defendants;<br><br>MAMMOTH TOYS<br><br>Defendants;<br><br>AND<br><br>MILMAN LABUDA LAW GROUP, PLLC,<br>JOE LABUDA, MEMBER/PARTNER AND<br>JAMIE S. FELSEN, PARTNER<br><br>Defendants. | No.: 15-CV-6997 (JJT)(MTM)<br><br>Honorable John J. Tharp, Jr.<br><br><br>DECLARATION OF JAMIE S.<br>FELSEN, ESQ. |

Jamie S. Felsen, Esq., pursuant to 28 U.S.C. § 1746, declares as follows:

1. Your deponent is an attorney and counselor at law duly admitted to practice before the courts of the State of New York and was admitted to appear before this Honorable Court for this action. Further, your deponent is a Partner of Milman Labuda Law Group, PLLC ("MLLG"), attorneys for Defendants, NSI International, Inc. ("NSI") and MLLG. In that

1

capacity, your deponent is fully and personally familiar with all the facts and circumstances set forth herein except for those items stated to be alleged upon information and belief.

2. On November 16, 2016, this Court granted the motion for sanctions filed by NSI and MLLG and directed NSI and MLLG to submit their calculation of the reasonable fees NSI and MLLG incurred in this litigation. This declaration is respectfully submitted in furtherance of that directive.

3. I have spent 61.5 hours defending NSI and MLLG in this action (exclusive of the EEOC proceeding that preceded this action) since the action was commenced in August 2015. **(A summary of MLLG's contemporaneous billing records from the commencement of this action in August 2015 through the present is annexed hereto as Exhibit "A").**

4. My work in this case has included, but is not limited to, reviewing and analyzing the Complaint and drafting a motion to dismiss and a motion for sanctions. (See Exhibit A).

5. I respectfully submit that MLLG's quality of representation in this matter was superior as NSI and MLLG prevailed in all motions MLLG filed on behalf of NSI and MLLG.

6. I received a Juris Doctorate degree from St. John's School of Law in New York 2005.

7. In 1999, prior to attending law school, I received a Masters of Arts degree from Columbia University in Organizational Psychology.

8. Since August 2005, I have been employed by MLLG as an attorney during which time I have exclusively represented employers in labor and employment matters, including many employment discrimination actions. During my legal career, I have defended hundreds of discrimination matters filed with state, city, and federal agencies and in state and federal courts.

9. In June, 2013, I became a partner with MLLG.

10. Although my regular hourly rate throughout this litigation has been $495, I have reduced my hourly fee in this matter to $375 because NSI has been forced to pay legal fees to my firm for the past seven years to defend it against Mona Mustafa. An hourly rate of $375 is reasonable for an attorney with eleven years of experience defending employment cases. See John v. Demaio, 2016 U.S. Dist. LEXIS 136339 (E.D.N.Y. Sept. 29, 2016) (awarding New York attorney with 10 years of experience litigating discrimination cases $350 per hour).

11. Although I do not typically seek attorneys' fees awards since I represent employers in the defense of lawsuits, in the few instances where I have sought fees in the last six years, I have been awarded an hourly rate of $300-$325. See NSI Int'l, Inc. v. Mustafa, 2016 U.S. Dist. LEXIS 97658 (E.D.N.Y. July 22, 2016) (awarding me $300 for work I performed last year in a related action involving Ms. Mustafa); Ritz v. Mike Rory Corp., 2014 U.S. Dist. LEXIS 124351 (E.D.N.Y. July 30, 2014) (awarding me $325 per hour for work I performed 2-3 years ago when I was a partner); Idrovo v. Mission Design & Mgmt., 2012 U.S. Dist. LEXIS 183427 (E.D.N.Y. Nov. 28, 2012) (awarding me $300 per hour for work I performed as an associate 3-4 years ago); Clover v. Shiva Realty of Mulberry, 2011 U.S. Dist. LEXIS 112309 (S.D.N.Y. Sept. 30, 2011) (awarding me $300 as an associate for work I performed 5-6 years ago).

12. Based on the foregoing, NSI and MLLG respectfully request an Order directing Mustafa to pay NSI's and MLLG's attorneys' fees in this action totaling $23,062.50 (61.5 hours x $375).

13. I declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2016

Jamie S. Felsen

# EXHIBIT "A"

| Lawyer | Date | Explanation | Hours |
|---|---|---|---|
| Jamie Felsen | Aug 13/2015 | J. Felsen - Legal Services Ren - Read new lawsuit and analyze claims | 2.90 |
| Jamie Felsen | Sep 1/2015 | J. Felsen - Legal Services Ren - Interoffice meeting with J. Haras regarding research for personal jurisdiction and motion to dismiss | 0.10 |
| Jamie Felsen | Sep 15/2015 | J. Felsen - Legal Services Ren - Review documents served by M. Mustafa | 0.20 |
| Jamie Felsen | Sep 17/2015 | J. Felsen - Legal Services Ren - Read memo regarding personal jurisdiction and interoffice meeting with J. Labuda regarding same | 0.20 |
| Jamie Felsen | Sep 22/2015 | J. Felsen - Legal Services Ren - E-mail correspondence with ADP regarding new lawsuit | 0.20 |
| Jamie Felsen | Sep 30/2015 | J. Felsen - Legal Services Ren - Conference call with ADP regarding insurance coverage and e-mail correspondence with clients | 0.30 |
| Jamie Felsen | Sep 30/2015 | J. Felsen - Legal Services Ren - Draft pro hac vice documents and letter to Court requesting permission to proceed without local counsel | 1.00 |
| Jamie Felsen | Oct 2/2015 | J. Felsen - Legal Services Ren - Draft motion pro hac vice; draft motion todismiss | 6.40 |
| Jamie Felsen | Oct 5/2015 | J. Felsen - Legal Services Ren - Draft letter to court regarding local counsel | 1.30 |
| Jamie Felsen | Oct 5/2015 | J. Felsen - Legal Services Ren - Draft motion to dismiss; draft letter regarding sanctions; interoffice meeting with J. Labuda | 3.10 |
| Jamie Felsen | Oct 6/2015 | J. Felsen - Legal Services Ren - Draft motion to dismiss; interoffice meeting with J. Labuda | 1.20 |
| Jamie Felsen | Oct 7/2015 | J. Felsen - Legal Services Ren - Draft motion to dismiss | 5.90 |
| Jamie Felsen | Oct 8/2015 | J. Felsen - Legal Services Ren - Complete first draft of motion to dismiss | 0.60 |
| Jamie Felsen | Oct 12/2015 | J. Felsen - Legal Services Ren - Revise motion to dismiss; draft declaration | 0.70 |
| Jamie Felsen | Oct 15/2015 | J. Felsen - Legal Services Ren - Draft motion for sanctions | 0.30 |
| Jamie Felsen | Oct 16/2015 | J. Felsen - Legal Services Ren - Finalize and file motion to dismiss | 1.40 |
| Jamie Felsen | Oct 20/2015 | J. Felsen - Legal Services Ren - Review letter from Zurich denying coverage | 0.10 |
| Jamie Felsen | Oct 26/2015 | J. Felsen - Legal Services Ren - Interoffice meeting with J. Labuda | 0.10 |
| Jamie Felsen | Oct 28/2015 | J. Felsen - Legal Services Ren - Prepare for court conference; conference all with court; review docket; revise notice of presentment | 0.90 |
| Jamie Felsen | Nov 2/2015 | J. Felsen - Legal Services Ren - Draft letter to Court requesting adjournment of conference | 0.10 |
| Jamie Felsen | Nov 16/2015 | J. Felsen - Legal Services Ren - Read M. Mustafa's motions | 1.40 |
| Jamie Felsen | Nov 19/2015 | J. Felsen - Legal Services Ren - Draft motion for sanctions | 2.30 |
| Jamie Felsen | Nov 20/2015 | J. Felsen - Legal Services Ren - Draft motion for sanctions | 2.70 |
| Jamie Felsen | Nov 23/2015 | J. Felsen - Legal Services Ren - Draft motion for sanctions | 2.70 |
| Jamie Felsen | Dec 14/2015 | J. Felsen - Legal Services Ren - Read Mustafa's opposition to motion for sanctions; prepare for court conference | 1.30 |
| Jamie Felsen | Dec 16/2015 | J. Felsen - Legal Services Ren - Prepare for court conference and appear atcourt conference | 1.90 |
| Jamie Felsen | Jan 19/2016 | J. Felsen - Legal Services Ren - Review file in preparation of filing replybrief | 1.50 |
| Jamie Felsen | Jan 20/2016 | J. Felsen - Legal Services Ren - Read Amended Complaint and draft motion tostrike | 5.90 |
| Jamie Felsen | Jan 21/2016 | J. Felsen - Legal Services Ren - Continue drafting motion to strike Amended Complaint | 1.10 |
| Jamie Felsen | Jan 22/2016 | J. Felsen - Legal Services Ren - Finalize and file motion to strike Amended Complaint | 0.50 |
| Jamie Felsen | Jan 25/2016 | J. Felsen - Legal Services Ren - Review Court Order striking Amended Complaint | 0.10 |
| Jamie Felsen | Feb 1/2016 | J. Felsen - Legal Services Ren - Read Mustafa's opposition to motion to dismiss and begin drafting reply | 2.20 |
| Jamie Felsen | Feb 2/2016 | J. Felsen - Legal Services Ren - Draft reply brief | 0.80 |
| Jamie Felsen | Feb 4/2016 | J. Felsen - Legal Services Ren - Draft reply brief | 5.00 |
| Jamie Felsen | Feb 9/2016 | J. Felsen - Legal Services Ren - Finalize and file reply brief | 1.50 |
| Jamie Felsen | Feb 10/2016 | J. Felsen - Legal Services Ren - Read M. Mustafa's motion and Court order denying motion | 0.20 |
| Jamie Felsen | Mar 7/2016 | J. Felsen - Legal Services Ren - Provide case status report to client | 0.30 |
| Jamie Felsen | May 24/2016 | J. Felsen - Legal Services Ren - Read Mustafa's letter to court | 0.20 |
| Jamie Felsen | May 24/2016 | J. Felsen - Legal Services Ren - Draft response to Mustafa's letter regarding motion for judgment on pleadings | 0.70 |
| Jamie Felsen | May 26/2016 | J. Felsen - Legal Services Ren - Read Mustafa's motion for leave to file motion for judgment on pleadings | 0.70 |
| Jamie Felsen | May 31/2016 | J. Felsen - Legal Services Ren - Read M. Mustafa's motion to enter default;draft notice of appearance | 0.20 |
| Jamie Felsen | Oct 31/2016 | J. Felsen - Legal Services Ren - Review Mustafa's filings and draft letter to court regarding same | 0.30 |
| Jamie Felsen | Nov 16/2016 | J. Felsen - Legal Services Ren - Read decision on motion to dismiss/motion for sanctions; Draft affidavit in support of motion for fees | 1.00 |
| | | | 61.50 |