# MILMAN LABUDA LAW GROUP PLLC
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

Author: Jamie S. Felsen - Partner
Direct E-Mail Address: jamiefelsen@mllaborlaw.com
Direct Dial: (516) 303-1391

<u>Via ECF</u>

December 12, 2016

Honorable John J. Tharp, Jr., U.S.D.J.
United States District Court Northern District of Illinois, Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

  Re: Mona Mustafa v. NSI International, Inc., et al.
    Case No: 15-CV-6997 (JJT)(MTM)
    <u>MLLG File No. 160/08</u>

Dear Judge Tharp:

  This firm represents defendants, NSI International Inc. ("NSI") and Milman Labuda Law Group PLLC ("MLLG") in this action.

  In light of the contents in Plaintiff, Mona Mustafa's recent filings (ECF docket nos. 93, 95, and 97), NSI and MLLG respectfully renew their request for the issuance of an injunction enjoining Mona Mustafa from commencing any legal proceedings against NSI and MLLG and their agents throughout the country – including the notice of appeal Mustafa recently filed with the United States Court of Appeals for the Seventh Circuit – without prior approval of this Court.[1]

  On November 16, 2016, this Court denied a prior motion of NSI and MLLG for a litigation injunction, but stated that if Mustafa refuses to pay the sanction that this Court will be imposing on her, or continues to submit meritless pleadings, or both, NSI and MLLG may renew their motion for a litigation injunction or the court may issue an injunction *sua sponte*.

  In her recent submission to this Court (ECF document no. 93), Mustafa has made it clear that she has no intention of satisfying any judgments that will be entered against her by this Court. Indeed, she submitted to this Court a copy of $686 in Monopoly money and a "Get out of jail free" card she served on NSI and MLLG and stated that it is "the only currency Mustafa will pay … and as a special token …" Mustafa is attempting to make a mockery out of the federal

---

[1] NSI also has a pending motion with the United States Court of Appeals for the Second Circuit seeking a litigation injunction.

Honorable John J. Tharp, Jr., U.S.D.J.
United States District Court Northern District of Illinois, Eastern Division
December 12, 2016
P a g e | 2

judicial system and is flaunting her refusal to comply with any Court Orders and to satisfy judgments. Because she will not satisfy any judgments entered against her and due to her total disregard of the judicial system (and for all of the reasons previously submitted to this Court regarding Mustafa's prior history of litigation with NSI), Mustafa must be enjoined from commencing any legal proceedings against NSI and MLLG and their agents throughout the country (including Mustafa's recently filed Notice of Appeal before the Seventh Circuit) without prior approval of this Court.

In order to preserve financial resources (which Mustafa has stated she will not reimburse when sanctioned by this Court), NSI and MLLG do not intend on responding to Mustafa's latest motions contained in ECF docket nos. 93 and 95 (and any future motions) and will rely on all prior documents they submitted to the Court. In the event that the Court deems it necessary that NSI and MLLG submit a brief in opposition to Mustafa's latest (and future) filings, NSI will file same.

Lastly, NSI and MLLG respectfully request that this Court notify the Illinois Board of Admissions to the Bar about Mustafa's egregious conduct in this case and throughout the last seven years so that the Illinois Board of Admissions to the Bar can consider same when determining if she is fit to become an admitted attorney in the future.

                                      Respectfully submitted,

                                      **MILMAN LABUDA LAW GROUP PLLC**

                                      /s/ Jamie S. Felsen

cc:    Mona Mustafa
        447 Red Cedar Road
        Lake Villa, IL 60046

Case: 1:15-cv-06997 Document #: 99 Filed: 12/12/16 Page 3 of 5 PageID #:1061

Honorable John J. Tharp, Jr., U.S.D.J.
United States District Court Northern District of Illinois, Eastern Division
December 12, 2016
P a g e | 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONA MUSTAFA<br><br>    Plaintiff,<br><br>v.<br><br>NSI INTERNATIONAL, INC.,<br>FRANK LANDI, PRESIDENT,<br>FARRA CHAN, CHAIRMAN OF THE<br>BOARD, AND SANFORD FRANK,<br>BOARD MEMBER & GENERAL COUNSEL;<br>AND POWERVIEW INVESTMENTS<br><br>    Defendants;<br><br>NSI PRODUCTS (HK) LIMITED<br><br>    Defendants;<br><br>MAMMOTH TOYS<br><br>    Defendants;<br><br>AND<br><br>MILMAN LABUDA LAW GROUP, PLLC,<br>JOE LABUDA, MEMBER/PARTNER AND<br>JAMIE S. FELSEN, PARTNER<br><br>    Defendants. | No.: 15-CV-6997 (JJT)(MTM)<br><br>Honorable John J. Tharp, Jr.<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF NASSAU   )

    **PARBATIE SINGH,** being duly sworn, deposes and says:

1. Deponent is not a party to the action, is over twenty-one years of age and resides in Queens Village, New York.
2. On December 12, 2016, deponent mailed the within December 12, 2016 letter, via first-class mail, to:

Honorable John J. Tharp, Jr., U.S.D.J.
United States District Court Northern District of Illinois, Eastern Division
December 12, 2016
P a g e | 4

        Mona Mustafa
        447 Red Cedar Road
        Lake Villa, IL 60046

by depositing a true copy thereof in a post-paid wrapper and in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
PARBATIE SINGH

Sworn to before me this
12th day of December, 2016

_Amanda Grassi_
Notary Public

AMANDA GRASSI
Notary Public, State of New York
Registration #01GR6198145
Qualified In Nassau County
Commission Expires Dec 15 2020

AMANDA GRASSI
Notary Public, State of New York
Registration #01GR6198145
Qualified in Nassau County